UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21550-CIV-ALTONAGA/O'Sullivan

**DOUG LONGHINI**,

    Plaintiff,
vs.

**EL VALLE BBQ, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice . . . [ECF No. 35], and Settlement Agreement and Release [ECF No. 37]. Being fully advised, it is

**ORDERED AND ADJUDGED** that this matter is dismissed with prejudice. Each party shall bear its own fees and costs. The Court retains jurisdiction to enforce the parties' settlement. The Clerk is directed to **CLOSE** this case forthwith and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of September, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record